# EXHIBIT B















